No. 91–5565.  LeBouef *v.* Whitley, Warden.  C. A. 5th Cir. Certiorari denied.

No. 91–5566.  Edwards *v.* Gramling Engineering Corp. Ct. App. Md.  Certiorari denied.

No. 91–5567.  Cronen *v.* Hardy et al.  C. A. 5th Cir.  Certiorari denied.

No. 91–5570.  Hodges *v.* United States.  C. A. 6th Cir.  Certiorari denied.

No. 91–5571.  Bressi *v.* United States.  C. A. 3d Cir.  Certiorari denied.

No. 91–5574.  Lester *v.* Falk, Director, Department of Corrections, Hawaii.  C. A. 9th Cir.  Certiorari denied.

No. 91–5576.  Braun *v.* West Virginia Board of Regents et al.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 91–5578.  Housel *v.* Zant, Warden.  Sup. Ct. Ga.  Certiorari denied.

No. 91–5579.  Bates *v.* McCaughtry, Warden.  C. A. 7th Cir. Certiorari denied.

No. 91–5582.  Quigley *v.* California.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 91–5584.  Shabazz *v.* Kaiser, Warden.  C. A. 10th Cir. Certiorari denied.

No. 91–5596.  Ober *v.* Connecticut.  App. Ct. Conn.  Certiorari denied.

No. 91–5598.  Washington *v.* Garrett.  C. A. 11th Cir.  Certiorari denied.

No. 91–5599.  Christian *v.* Smith, Warden.  C. A. 6th Cir. Certiorari denied.

No. 91–5600.  Lane *v.* North Carolina.  Sup. Ct. N. C.  Certiorari denied.